THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO GUIGLIETTA, Appellant.— Judgment and order of the County Court of Orange county reversed upon the law, and a new trial granted. The trial court erred in refusing defendant's request to charge the jury that there was no evidence in the case that the cocaine in question was not furnished upon the written prescription of a physician. (*People* v. *Davico*, 170 App. Div. 337.) Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH HORN, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed, with fifty dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

FERDINAND C. TOWNSEND and Others, Copartners, etc., Respondents, v. J. FREDERIC KERNOCHAN, Appellant.— Judgment and order unanimously affirmed, with costs. We think the jury were justified in finding that the defendant on his own responsibility employed the plaintiffs to perform a service of vital personal interest and concern to him, and that we cannot interfere with the verdict. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

CHARLOTTE CHARTERS, Respondent, v. ROBERT HADLEY DUMBLETON, JR., as Executor, etc., Appellant.— Motion for stay granted, on condition that within five days appellant shall file a surety company undertaking conditioned for the payment of the judgment recovered in the action; otherwise, motion denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

FRANCIS DEAN, Appellant, v. EMILY HALLIBURTON, as Administratrix, etc., Respondent.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

PAUL DIAMOND, Respondent, v. K. P. L. REALTY COMPANY, INC., Appellant.— Motion for reargument of motion to dismiss appeal denied. The appeal was dismissed because of the inexcusable delay of the appellant to prosecute. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

EAST NEW YORK ELECTRIC COMPANY, INC., Respondent, v. PETMALAND REALTY Co., INC., and Another, Appellants, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Despite the concession contained in respondent's memorandum, there is no evidence in the record in this case that the advances on the mortgage held by Sarah Lieberman were made prior to the filing of the conditional agreement. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

THE FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Respondent, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of the BOARD OF TRANSPORTATION for Appointment of Three Commissioners to Determine and Report Whether a Rapid Transit Railroad or Railroads, etc., Ought to Be Constructed and Operated. Wyckoff Avenue, Long Island Railroad Right-of-Way and East New York Route. (Route No. 80 B.) — Order signed.